AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MATTHEW ROBERT DAWSON, | ) | Case No.   1:26-mj-023   - Amended |
| | ) | |
| | ) | On 4/20/2026, Judge Kelly granted Gov't Motion to |
| | ) | amend the code in the Complaint from 18:2422(a) to |
| | ) | 18:2422(b). |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____03/31/2026_____ in the county of _____Pottawattamie_____ in the
____Southern____ District of _____Iowa_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.



_Complainant's signature_

Amber Mann, Special Agent. FBI

_Printed name and title_

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other
reliable electronic means.

Date:  April 10, 2026

_Judge's signature_

City and state:  _____Council Bluffs, Iowa_____

William P. Kelly, U.S. Magistrate Judge

_Printed name and title_

FILED
By: Clerk's Office, Southern District of Iowa
3:52 pm, Apr 10 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** ) ) ) ) ) ) | Case No. 1:26-mj-023 <br><br> **[FILED UNDER SEAL]** |

I, Amber Mann, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been since 2019. I am currently assigned to the FBI Omaha Field Office's Child Exploitation and Human Trafficking Task Force, charged with investigating violent crimes against children, including sexual exploitation of children, child sexual abuse material, child prostitution, and human sex trafficking violations. Prior to joining the FBI, I was an investigator and Special Agent for Bureau of Alcohol Tobacco Firearms and Explosives for nine years. My training and experience as a Special Agent, my participation in the investigation of child sexual abuse material and child prostitution violations, and my conversations with other law enforcement officials familiar with child exploitation, child sexual abuse material and human trafficking, form the basis of my opinions and conclusions set forth below which I drew from the facts set forth herein. This affidavit is based upon information I have gained through my training and experience and my investigation of this matter, as well as upon information relayed to me by other individuals engaged in this



FILED
By: Clerk's Office, Southern District of Iowa     1
3:52 pm, Apr 10 2026

investigation, specifically law enforcement officers with the FBI, the Council Bluffs Police Department, and other law enforcement agencies.

2.      The information contained within this affidavit is based upon my training and experience, my personal knowledge of the investigation conducted in the matter, and information provided by other agents and law enforcement officials who have assisted in this investigation and their own investigation. This affidavit is intended to provide probable cause to support the issuance of the search warrant as requested herein and does not purport to set forth all of the information that I have acquired during the course of this investigation.

## PURPOSE OF THIS AFFIDAVIT

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant for, Matthew Robert Dawson aka Matthew Robert Gonzales, aka Matthew Robert Gonzalez, Date of Birth: January 12, 1997, for a violation of federal law, Coercion and Enticement in violation of Title 18, United States Code, Section §2422(b).

4.      Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted, and information provided to me by other law enforcement officers verbally, and through written reports.

## OVERVIEW OF INVESTIGATION

5.      On Tuesday, March 31, 2026, at approximately 0112 hours, TFO Adam

Gau, a member of the FBI Child Exploitation and Human Trafficking Task Force, was assigned to investigate a case involving sexual abuse of a minor female. A 14-year-old female, identified as Minor Victim #1 DOB: XX/XX/2012, was located inside a vehicle with a 29-year-old male, later identified as Matthew Robert Dawson, at Sternhill Park located at 1031 North 8th Street in Council Bluffs, Iowa by a Council Bluffs Police Officer on or about March 30, 2026, at 2340 hours. Dawson provided one of his alias names, Matthew Gonzalez, to uniformed officers.

6. A Council Bluffs Police Officer was patrolling the area of the 1000 block of North 8th Street in Council Bluffs, Iowa when he located a vehicle, further described as a white Pontiac G6 bearing Nebraska License Plate "BGP471", parked in the parking lot of Sternhill Park after the park was closed to the public. The officer reported he made contact with the two occupants of the vehicle who were identified as Minor Victim #1 and Dawson.

7. The officer reported upon his approach of the vehicle he observed Minor Victim #1 in the back seat of the vehicle, fully clothed, but she appeared to be fixing her clothing as if she had just put clothing on. Dawson was in the driver's seat, and he was shirtless. When asked for identification Dawson produced a State of California Driver's License issued to "Matthew Robert Dawson", and a more recent State of Nebraska Identification Card issued to "Matthew Robert Gonzales". A check of Nebraska License Plate "BGP471" listed the following two registered owners, "Matthew Robert Gonzales" and "Kimberlin Nicol Alvarado Rodriguez".

8. Officers contacted the guardian of Minor Victim #1 who reported she

3

was unaware Minor Victim #1 had left their residence in Council Bluffs, Iowa and was not aware of Minor Victim #1's current whereabouts.

9. During a secondary approach of the vehicle officers saw, in plain view, what appeared to be pink lace women's underwear laying on the floorboard of the rear passenger area of the vehicle near where Minor Victim #1 had been seen.

10. Officers briefly spoke with Minor Victim #1 at her residence about the evening's events. Minor Victim #1 stated she met the male subject on the application "Instagram" in approximately January of 2026 where he identified himself as a 17-year-old male named "Jey". Minor Victim #1 continued to communicate with "Jey" via electronic messages up until the incident at the park. Minor Victim #1 reported she also communicated with "Jey" on the application "Snapchat". Minor Victim #1 reported she talked with "Jey" about her age and that he knew she was 14 years old. Minor Victim #1 met "Jey" in person on more than one occasion, and she had engaged in sex acts with him on more than one occasion. Minor Victim #1 was informed that the male's last name was Dawson who was 29 years old.

11. Minor Victim #1 reported earlier in the night, on March 30, 2026, Dawson picked her up from her residence located in Council Bluffs, Iowa. Minor Victim #1 reported she and Dawson did engage in sex acts at the park in the vehicle they were found in, just prior to police contacting them. Minor Victim #1 also stated the underwear seen laying on the rear floorboard of the vehicle belonged to her.

12. Minor Victim #1 witnessed Dawson carry two different cellular devices in the past and reported that Dawson attempted to record her using a cellular device

4

while they were engaged in sex acts inside the vehicle, but she told him to stop. Minor Victim #1 saw the flashlight on the phone light up, similar to when a recording is occurring in a dark room. Minor Victim #1 reported the Instagram username used by "Jey" is "reytoofresh".

13.    Officers reported they advised Dawson of his Miranda Warning and questioned him about why he was with a minor female in a public park after hours. Dawson stated the minor female is the cousin of his most recent ex-girlfriend, Kimberlin Alvarado. Dawson made admissions regarding picking up Minor Victim #1 from her residence. Dawson stated his phone was stolen at an airport and he could not produce any communications he had with Minor Victim #1 to arrange to pick her up and that he had Minor Victim #1's phone number memorized. Officers confronted Dawson about the pair of underwear seen on the rear floorboard and he stated he was unaware of the underwear being there. Officers detained Dawson and transported him to the Council Bluffs Police Station where an interview was conducted.

14.    On March 31, 2026, at approximately 0200 hours, TFO Gau spoke with Dawson after reading the Miranda Advice of Rights form and Dawson waived his rights and agreed to speak with law enforcement. Dawson identified himself as "Matthew R Gonzales", with the date of birth 01/12/1997, and that he lived alone at 1913 Farnam Street in Omaha, Nebraska. Dawson reported he had lived at that address for approximately one year, prior to that he lived in California. Dawson declined to answer questions about where he lived in California or who he lived with. Dawson reported he wanted to speak about what happened that evening. Dawson

reported the vehicle he was located in is owned by "Kim Rodriguez" but declined to answer further questions about the vehicle or who "Kim" was. Dawson made comments about women's panties in the back seat and appeared to be confused as to why he was at the police station. Upon further questioning Dawson reported he wanted to speak with an attorney before answering any further questions. This interview was terminated at this time. Dawson was placed under arrest for Sex Abuse 3rd Degree in violation of Iowa Code 709.4(1)(b)(2)(d) and Criminal Trespass in violation of Iowa Code 716.8(1).

15.    The vehicle used during this incident, further described as a 2009 Pontiac G6 bearing Nebraska License Plate "BGP471", Vehicle Identification Number "1G2ZM577694182048", was seized from the scene by Council Bluffs Police and was towed to Arrow Towing. On March 31, 2026, the vehicle was searched after a state issued search warrant was obtained. Inside the vehicle, investigators found four additional phones, some of which were in a hidden compartment. A handgun was also located in the vehicle, in a bag on the passenger seat.

16.    An Apple iPhone 13 S/N "LGXQQJJGWV" used by Minor Victim #1 was searched via consent. The phone was forensically examined. The Instagram conversations Minor Victim #1 had with Dawson were extracted and reviewed. The conversation started between Minor Victim #1 and username "reytoofresh" on January 15, 2026.



The display name that appears on the messages with Minor Victim #1 is Hellnue, Will Smith Collection.

17.    Reytoofresh aka Dawson first messages Minor Victim #1 and asks to be her "plug." Based upon my training and experience, plug means supplier or dealer for alcohol and/or narcotics. Shortly thereafter, Dawson asks Minor Victim #1 for her picture and says she owes Dawson a picture of herself. Dawson continues to compliment Minor Victim #1 on her appearance and asks what he could get for her. Within four days of communicating Dawson messages Minor Victim #1 about removing her clothing in which Minor Victim #1 responds with "probably not". Dawson communicates with Minor Victim #1 to make Minor Victim #1 believe he is in school by saying he has homework, has to sneak out, and just gets home from school, all while he is actually 29 years old.

18.    On January 20, 2026, Dawson again messages Minor Victim #1, asks how her day was, and says he is going home. Dawson then messages "if I went home,

I'd like to sneak you over." Minor Victim #1 states it isn't that easy to sneak over. Minor Victim #1 also states they have not been talking long, and Dawson is already inviting her over. Dawson responds his parents are strict and that he was "just flirting."

19.    On January 28, 2026, Dawson tells Minor Victim #1 he can give his time, "maybe some bud, dispos, alc, or grass". Minor Victim #1 responds she does not "really even do that stuff" but she does "drink sometimes". Dawson says he "can absolutely do that" and asks what kind. Dawson tells Minor Victim #1 he has "99's". Based upon TFO Gau's training and experience, "99's" is short for 99 brand liquor. Dawson states he can sneak out to drop off the alcohol. Dawson says Minor Victim #1 will have her alcohol by the weekend, which he does drop off to her for her 14th birthday. After dropping the alcohol off to Minor Victim #1, Dawson continues to ask Minor Victim #1 if she is drinking. When Minor Victim #1 does consume alcohol over the weekend, Dawson tries to convince Minor Victim #1 she shared a picture of her bare breasts and that he sent images of his genitals as well. After Dawson's arrest, Minor Victim #1 states she never sent images of herself without a shirt, and she never received nude images of Dawson.

20.    In the early morning hours of February 1, 2026, Dawson sent Minor Victim #1 the following messages:

21.     In the early morning of February 4, 2026, Minor Victim #1 tells Dawson she has never done anything sexual. Later in the day, Dawson states he would be patient and gentle unless Minor Victim #1 "specifically asked" "to destroy" Minor Victim #1's "ovaries".

22.     On February 5, 2026, the following messages were exchanged:

Dawson: I'd slip those panties aside and shove 7.5 inches inside

Minor Victim #1: what if i told u i was scared

Dawson: I'd be gentle and ask you if you wanted me to stop

Minor Victim #1: promises

Dawson continues to speak about Minor Victim #1's breasts.

Minor Victim #1: "i don't do sex though"

Dawson: Yeah I'm aware lol

Minor Victim #1: yay

After the above conversation, Dawson continues to ask Minor Victim #1 what her favorite sexual position is and makes comments about Minor Victim #1's body. Minor Victim #1 states she would not know what her favorite sexual position is.

23.    On February 11, 2026, Dawson tells Minor Victim #1 he has "blue balls" and then proceeds to describe what it means because Minor Victim #1 had never heard the term blue balls. Later on the same date, Dawson asks Minor Victim #1 why she has not asked for alcohol from him again. Dawson then asks for another picture of Minor Victim #1, and she doesn't want to send one because she doesn't have her make-up done. Dawson replies: "Well I'd fuck you so hard your hair would be messy, and Id kiss your makeup off anyway". Dawson then asks for Minor Victim #1's Snapchat account information.

24.    According to messages exchanged via Instagram, Dawson drove and picked Minor Victim #1 up from her residence, along with her minor friend. According to messages, Dawson again supplied the minors with alcohol. Dawson messaged Minor Victim #1 about sex acts that occurred in the car and how Dawson would need to bring Plan B, the over-the-counter emergency contraceptive pill used to prevent pregnancy after unprotected sex or birth control failure. Minor Victim #1 sends Dawson pictures of the hickies on her skin.

10

25. On February 16, 2026, Dawson tells Minor Victim #1 to lie to her family about who he was and to tell them he is moving to Tennessee, so they do not know she is hanging out with him. Dawson tells Minor Victim #1 to be more secretive about him.

26. The last messages were exchanged on Instagram March 17, 2026. All of the messages were made to make Minor Victim #1 believe Dawson was also a minor, which she believed until officers told her otherwise the night Dawson was arrested.

27. On April 8, 2026, Minor Victim #1 participated in a Child and Adolescent Forensic Interview. During the interview, Minor Victim #1 stated Dawson forcefully raped her at the park before police got there. Minor Victim #1 stated she and Dawson met up and completed sex acts 5 times.

28. Law enforcement attempted to interview Dawson's girlfriend and co-registrant of the Pontiac G6. When investigators went to the address in which Dawson stated he lived, 1913 Farnam Street, Omaha, Nebraska, the leasing office stated Dawson was evicted from the apartment July 2025. Investigators located Dawson's "ex-girlfriend", Kimberlin Rodriguez, at a friend's house and she sated the two recently broke up. Rodriguez stated she and Dawson have a one-year-old son together. Rodriguez could not tell investigators what Dawson's phone number was and stated she communicates with him over social media, like Snapchat.

29. On April 7, 2026, TFO Gau learned there was a separate investigation into Dawson as the subject, in Riverside, California. California investigators stated Dawson was communicating with a minor female, similar in age to Minor Victim #1,

11

met up with her and sexually assaulted her. California investigators stated Dawson is wanted for questioning in this separate investigation.

30.     After Dawson's arrest in Council Bluffs, Iowa on the aforementioned state charges, Dawson bonded out of jail and his location is now unknown. Of the five total phones seized and attempted to be searched via state search warrant, only one of the devices could be fully forensically reviewed. The other devices are locked and are awaiting computer software updates.

31.     Based upon the above facts and circumstances, I believe sufficient probable cause exists to authorize a criminal complaint and arrest warrant for Matthew Robert Dawson, aka Matthew Robert Gonzales, aka Matthew Robert Gonzalez, Date of Birth: January 12, 1997, for Coercion and Enticement in violation of Title 18, United States Code, Section § 2422(b).

Amber Mann
Special Agent
Federal Bureau of Investigation


Subscribed and sworn before me by telephone or other reliable electronic means this __10th__ day of April, 2026.


William P. Kelly
United States Magistrate Judge
Southern District of Iowa